UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Strike 3 Holdings, LLC

Plaintiff(s),

-against-

JOHN DOE infringer identified as using IP address 96.250.170.29

Defendant(s).

Docket No: 7:20 CV08859 (NSR )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

[x] that all future correspondence be mailed to me at the address below, or

[ ] that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Polikoff, Daniel
Name (Last, First, MI)

[ ] Plaintiff
[x] Defendant

53 Barlow Ln    Rye    NY    10580
Address    City    State    Zip Code

Telephone Number

e-mail address

4/10/21
Date

Signature