## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.250.170.29,<br><br>　　　　　Defendant. | Civil Action No. 7:20-cv-08859-NSR |

### STRIKE 3 HOLDINGS, LLC'S ANSWER TO DOE'S COUNTERCLAIMS

Plaintiff/Counter-Defendant, STRIKE 3 HOLDINGS, LLC, ("Strike 3") by and through undersigned counsel, The James Law Firm, PLLC, hereby submits its Answer to the Counterclaims alleged by Defendant/Counter-Plaintiff JOHN DOE subscriber assigned IP address 96.250.170.29 ("Doe") in Defendant's "Exhibit 1" to the Answer, [CM/ECF 21-1], and states as follows:

### Counterclaims

1. Admitted.

2. Denied.

3. Strike 3 is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 but denies that its litigation is "frivolous." To the extent paragraph 3 contains legal conclusions, no response is required.

Dated: May 4, 2021                                      Respectfully submitted,


                                                           By:      /s/ *Jacqueline M. James*
                                                                               Jacqueline M. James, Esq. (#1845)
                                                                               The James Law Firm, PLLC
                                                                               445 Hamilton Avenue, Suite 1102
                                                                               White Plains, New York 10601
                                                                               T: 914-358-6423
                                                                               F: 914-358-6424
                                                                               E-mail:  jjames@jacquelinejameslaw.com
                                                                               *Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on *pro se* Defendant, who has entered an appearance in this matter, through this system.

                                                                           By: /s/ *Jacqueline M. James*
                                                                                   Jacqueline M. James, Esq.