UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>DANIEL POLIKOFF,<br><br>               Defendant. | Civil Action No. 7:20-cv-08859-NSR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Strike 3 Holdings, LLC ("Plaintiff") and Defendant Daniel Polikoff ("Defendant"), by their undersigned, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in Case No. 7:20-cv-08859-NSR are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own costs and attorneys' fees.

1

Consistent herewith, Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

/s/ Jacqueline M. James
Jacqueline M. James, Esq.
The James Law Firm PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
Phone: 914-358-6423
Fax: 914-358-6424
jjames@jacquelinejameslaw.com
*Attorney for Plaintiff*

Respectfully submitted,

Daniel Polikoff
53 Barlow Lane
Rye, NY 10580
*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on ~~August 31~~ Sept. 7, 2021 I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jacqueline M. James
By: Jacqueline M. James, Esq.

2